UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY KING, et al.,<br><br>　　　　Defendants. | **CASE NO. 1:15-cv-01697-AWI-MJS (PC)**<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR MISCELLANEOUS RELIEF**<br><br>**(ECF No. 24)** |

　　Plaintiff Monico J. Quiroga, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 9, 2015. (ECF No. 1.)  Plaintiff's third amended complaint is awaiting screening by the Court.  (ECF No. 29.)

　　Before the Court is a one-paged document filed August 18, 2016 bearing the heading "Citizens Complaint P.C. sec. 832.5." (ECF No. 24.) It states that Plaintiff is "writing to ask that K.C.S.O. Theodore King 978 be investigated for negligence."

　　The document does not identify from what person or entity it seeks relief. If it seeks relief from this Court, it does not set forth grounds for such relief, identify any authority under which the Court might provide relief, or make clear what it wants to have the Court do. California Penal Code Section 832.5, cited in the motion, provides

procedures for investigation of complaints by members of the public against peace officers. It does not appear to give rise to a cause of action pursuable in this Court.

As the Court cannot identify the claim made or relief sought, Plaintiff's motion will be characterized as one for miscellaneous relief and it will be denied for failure to identify a claim upon which the Court might provide relief.

IT IS SO ORDERED.

Dated: __October 4, 2016__            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

2