UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA, III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY KING, et al.<br><br>　　　　Defendants. | CASE NO. 1:15-cv-01697-AWI-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS TO ADD JURISDICTION AND FOR A PRELIMINARY INJUNCTION**<br><br>**(ECF Nos. 40 & 41)** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action was dismissed with prejudice for failure to state a claim, and Plaintiff appealed. (ECF Nos. 38 & 42.) Before the Court are Plaintiff's February 21, 2017 "Motion to Add Jurisdiction" and "Motion to Add Jurisdiction [and for a] Preliminary Injunction." (ECF No. 40 & 41.)

　　　　As Plaintiff's case is now closed, the desired relief is not available. See Zepeda v. United States Immigration Serv., 753 F.2d 719, 727 (9th Cir. 1985) (the Court lacks jurisdiction to direct the actions of parties not before the Court).

　　　　Accordingly, Plaintiff's motions are HEREBY DENIED.

IT IS SO ORDERED.

　　Dated:　April 14, 2017　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE