1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   MONICO J. QUIROGA, III,                    CASE NO. 1:15-cv-01697-AWI-MJS (PC)

12              Plaintiff,                       **ORDER DENYING PLAINTIFF'S MOTION
                                                 FOR TRANSCRIPTS AND EXCERPTS OF**
13        v.                                     **RECORD**

14   TIMOTHY KING, et al.                        **(ECF No. 46)**

15              Defendants.

16

17

18        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil

19   rights action brought pursuant to 42 U.S.C. § 1983. The action was dismissed with

20   prejudice for failure to state a claim, and Plaintiff appealed. (ECF Nos. 38 & 42.) Before

21   the Court is Plaintiff's March 13, 2017 motion for transcripts and excerpts of record.

22   (ECF No. 46.)

23        No hearings were conducted in this case. There are no transcripts to be

24   produced. Plaintiff's request for transcripts will be denied on that basis.

25        In passing, the Court advises Plaintiff that Ninth Circuit rules do not require pro se

26   appellants to submit excerpts of record. Ninth Circuit Rule 17-1.2(a). Furthermore,

27   Plaintiff's in forma pauperis status does not entitle plaintiff to copies of the record at

28

government expense where not required by the appellate court. <u>See</u> 28 U.S.C. § 1915(c). Accordingly, this request will be denied on that ground as well..

Based on the foregoing, Plaintiff's motion for transcripts and excerpts of record is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   April 14, 2017      ____ /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE