# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA III,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY KING, et al.,<br><br>Defendants. | Case No. 1:15-cv-01697-AWI-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DENIAL OF MOTION FOR PRELIMINARY INJUNCTION<br><br>(ECF No. 56) |

Plaintiff Monico J. Quiroga III is a state prisoner proceeding without counsel in this civil rights action pursuant to 42 U.S.C. § 1983. He brings a Fourteenth Amendment Due Process claim against defendants O. Fuentos and Timothy King. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 26, 2018, plaintiff filed a motion requesting to "add jurisdiction [pursuant] to 28 U.S.C. § 2361" and a preliminary injunction. (ECF No. 54.) On August 2, 2018, the assigned Magistrate Judge issued findings and recommendations recommending denial of the motion. (ECF No. 56.) Plaintiff untimely filed objections on August 23, 2018. (ECF No. 57.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations issued on August 2, 2018, (ECF No. 56), are adopted in full;
2. Plaintiff's motion for injunctive relief, (ECF No. 54), is denied; and
3. The matter is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: October 2, 2018

SENIOR DISTRICT JUDGE