UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA III,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY KING, *et al.*,<br><br>    Defendants. | Case No. 1:15-cv-01697-AWI-JDP<br><br>ORDER TO SUBMIT FOUR COMPLETE COPIES OF THE ENDORSED THIRD AMENDED COMPLAINT<br><br>TWENTY-ONE-DAY DEADLINE |

    Plaintiff Monico J. Quiroga III is a state prisoner proceeding without counsel in this civil rights action under 42 U.S.C. § 1983. On July 16, 2018, the court ordered plaintiff to complete a Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. One completed summons for each defendant;

    b. One completed USM-285 form for each defendant; and

    c. Four copies of the endorsed Third Amended Complaint.

(Doc. No. 53.) On July 30, 2018, plaintiff filed all the required documents. (Doc. No. 55.) However, for each of the four copies of the endorsed Third Amended Complaint, plaintiff submitted only the first five pages. (*Id.*)

Plaintiff must submit four *complete* copies of the endorsed Third Amended Complaint to comply with the court's order. (*Id.*) Accordingly, the clerk of court is hereby directed to send plaintiff a copy of his Third Amended Complaint. Within twenty-one (21) days of this order, plaintiff must resubmit four complete copies of the endorsed Third Amended Complaint. Failure to comply with this order may result in the dismissal of the complaint.

IT IS SO ORDERED.

Dated:   October 10, 2018

UNITED STATES MAGISTRATE JUDGE