UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA, III,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY KING, *et al.*,<br><br>Defendants. | Case No. 1:15-cv-01697-AWI-JDP<br><br>ORDER DENYING MOTIONS REQUESTING DISCOVERY<br><br>ECF Nos. 69, 70 |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Before the court are plaintiff's two discovery requests. ECF Nos. 69, 70. Plaintiff appears to be erroneously filing discovery requests with the court instead of serving them on defendants. To the extent plaintiff has a discovery dispute with defendants, plaintiff's motions are denied for failure to comply with Rule 37. *See* Fed. R. Civ. P. 37(a)(1) (requiring the parties to meet and confer regarding discovery disputes before bringing them to the court). Further, it appears that plaintiff seeks initial disclosures, *see* ECF Nos. 69, 70, but that this proceeding is exempt from initial disclosures, *see* Fed R. Civ. P. 26(B)(iv). Accordingly, plaintiff's motions requesting discovery, ECF Nos. 69, 70, are denied.

1

IT IS SO ORDERED.

Dated: October 17, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 204