# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONICO J. QUIROGA, III,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**TIMOTHY KING, et al.,**<br><br>   **Defendants.** | **CASE NO. 1:15-cv-01697-AWI-HBK (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO SUBSTITUTE DECEDENT**<br><br>(Doc. No. 85) |

Plaintiff Monico J. Quiroga, III was a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On July 16, 2020, defense counsel notified the Court that that plaintiff was deceased. Doc. No. 79. On July 20, 2020, the Court directed defense counsel pursuant to Federal Rule of Civil Procedure 25(a)(1) to ensure that the notice of death was served on the nonparty successor or representative of Plaintiff's estate under Fed. R. Civ. P. 4(m). Doc. No. 80. On August 7, 2020, defense counsel filed proof of service of a suggestion of death on all known nonparty successors and representatives of Plaintiff's estate. Doc. No. 81. None of the individuals served have moved to substitute the decedent as plaintiff in this matter or otherwise appeared. (*See* docket).

On May 27, 2021, the assigned magistrate judge issued findings and recommendations to dismiss the instant action for failure to substitute decedent. Doc. No. 85. No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 85) issued on May 27, 2021, are ADOPTED in full;
2. This action is DISMISSED for failure to substitute decedent; and
3. The Clerk of Court shall CLOSE this case.

IT IS SO ORDERED.

Dated:  June 17, 2021

_____
SENIOR DISTRICT JUDGE